IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH LEON GROSS,
Inmate No. 76851,
    Plaintiff,

vs.                                        Case No.: 3:16cv190/RV/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

**O R D E R**

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 27, 2016 (ECF No. 11).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

      Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The complaint be **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. This dismissal be deemed a "strike" for purposes of 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this 29th day of August, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:16cv190/RV/EMT